1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ENOSA STRICKLAND SR., and KATHLEEN KELIIKOA-STRICKLAND, individually, and as co-Personal Representatives of the ESTATE OF ENOSA STRICKLAND JR.,

Plaintiffs,

v.

CITY OF AUBURN, a municipality; Kenneth Lyman, individually;

Defendants.

CASE NO. 22-cv-528

ORDER SETTING HEARING DATE

The Court will hear oral argument, as requested by the parties, on the various pending motions. Counsel must appear for a hearing in courtroom 16A at the U.S. District Courthouse in Seattle, Washington at 9:00 a.m. on Friday, August 11, 2023, where the following motions will be discussed:

1. Defendants' Motion For Summary Judgment, Dkt. No. 48;

2. Defendants' Motion to Bifurcate Individual Claims From *Monell* Claims, Dkt. No. 53;

ORDER SETTING HEARING DATE - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

3.   Plaintiffs' Motion For Summary Judgment Re Defendants' Affirmative Defenses,

Dkt. No. 76.

It is so ORDERED.


Dated this 24th day of July, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER SETTING HEARING DATE - 2