UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENOSA STRICKLAND SR., and KATHLEEN KELIIKOA-STRICKLAND, individually, and as co-Personal Representatives of the ESTATE OF ENOSA STRICKLAND JR., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF AUBURN, a municipality; Kenneth Lyman, individually, <br><br> Defendants. | CASE NO. 22-cv-528 <br><br> ORDER STRIKING MOTIONS AND TRIAL DATE AND FOR JOINT STATUS REPORT |

On August 11, 2023, the parties informed the Court that they had reached a settlement. *See* Dkt. Accordingly, the Court strikes the trial date, Defendants' motion for summary judgment and motion to bifurcate, and Plaintiffs' motion for summary judgment. Dkt. Nos. 48, 53, 76. The parties must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

It is so ORDERED.

ORDER - 1

Dated this 29th day of August, 2023.

Jamal N. Whitehead
United States District Judge

ORDER - 2