THE HONORABLE JAMAL N. WHITEHEAD
Trial Date: October 10, 2023

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENOSA STRICKLAND SR., and KATHLEEN KELIIKOA-STRICKLAND, individually, and as co-Personal Representatives of the ESTATE OF ENOSA STRICKLAND JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF AUBURN, a Municipality; KENNETH LYMAN, individually,<br><br>Defendants. | No. 2:22-cv-00528-JNW<br><br>[PROPOSED]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ENOSA STRICKLAND SR., and KATHLEEN KELIIKOA-STRICKLAND, individually, and as co-Personal Representatives of the ESTATE OF ENOSA STRICKLAND JR., and Defendants CITY OF AUBURN, a Municipality; KENNETH LYMAN, individually, that all of Plaintiffs claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

//

//

//

//

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:22-cv-00528-JNW

1002-01550/Stip and Prop Order of Dismissal

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| | |
|---|---|
| Dated: August 31, 2023 | KEATING, BUCKLIN & McCORMACK, INC., P.S. |

*/s/ Stewart A. Estes*
Stewart A. Estes, WSBA No. 15535
Thomas P. Miller, WSBA No. 34473
Sean M. Dwyer, WSBA No. 57281
*Attorneys for Defendants*
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
sestes@kbmlawyers.com
tmiller@kbmlawyers.com
sdwyer@kbmlawyers.com

| | |
|---|---|
| Dated: August 31, 2023 | STRITMATTER KESSLER KOEHLER MOORE |

*/s/ Gemma Zanowski*
Gemma Zanowski, WSBA #43259
Edward H. Moore, WSBA #41584
Melanie Nguyen, WSBA #51724
*Attorneys for Plaintiffs*

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that all of Plaintiffs' claims against Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 1st day of September, 2023.

Jamal N. Whitehead
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:22-cv-00528-JNW

1002-01550/Stip and Prop Order of Dismissal

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423